CATHERINE I. COSGROVE, as Administratrix of the Estate of CATHERINE COSGROVE, Deceased, Respondent, *v.* CITY OF NEWBURGH, Appellant, Impleaded with Others.

Argued January 18, 1937; decided March 9, 1937.

*Raphael A. Egan, Corporation Counsel,* for appellant.
*Russell Wiggins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.